IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY BELL,

      Plaintiff,                          No. CIV S-09-2327 GEB DAD P

    vs.

HENRY T. NICHOLAS, III, et al.,

      Defendants.              ORDER

_____/

        On May 27, 2010, plaintiff filed a document styled, "Request For Re-Hearing Of Order Of The District Court And Motion For Clerificaton [sic]." Therein, plaintiff requests that the judges of this court reconsider the assigned District Judge's May 19, 2010 order adopting the undersigned's findings and recommendations which recommended that this action be dismissed due to plaintiff's failure to state a cognizable claim in his complaint. In his request for re-hearing, plaintiff reasserts the same arguments that were made in his May 6, 2010 objections to the findings and recommendations.

        This civil rights action was closed on May 15, 2010. There is no provision for a re-hearing as plaintiff has requested. In addition, plaintiff is advised that any documents filed by

/////

/////

1  him following the date upon which this action was closed will be disregarded and no further
2  orders will issue in response to future filings.
3  DATED: June 15, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
bell2327.58